George Panagiotou (263172)
2404 Broadway
San Diego, CA 92102
Office: 858-300-0033
george@olympuslawcorp.com

Law Office of Stephan A. Hoover
Stephan A. Hoover, Esq. (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
Telephone: (619) 500-4525
Facsimile: (760) 687-0013

Attorney for Debtor,
Bistermu Mora Salgado

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Bistermu Mora Salgado,**<br><br>Debtor.<br>_____<br><br>**Bistermu Mora Salgado,**<br><br>Movant,<br>vs.<br><br>**Lendify Financial, LLC,**<br><br>Respondent. | **Case No. 19-02556-LT7**<br><br>**Chapter: 7**<br><br>**Declaration of Bistermu Mora Salgado in Support of Debtor's Motion for Sanctions for Violations of the Automatic Stay and Discharge Injunction Against Lendify Financial, LLC a/k/a Aura Financial, LLC**<br><br>Date: April 2, 2020<br>Time: 10:00 a.m.<br>Dept: 3, Room 129<br><br>Judge: Hon. Laura S. Taylor |

I, BISTERMU MORA SALGADO, declare as follows:

1) I am over the age of 18 years of age. Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

2) On or about March 2, 2018, I entered into an agreement with Lendify for a loan.

3) On April 30, 2019, I filed a petition in bankruptcy under Chapter 7 of the U.S. Bankruptcy Code and the case was assigned to Judge Laura S. Taylor. A true and correct copy of the docket for the Bankruptcy Case is filed concurrently herewith as **Exhibit A** to the Request for Judicial Notice In Support of the Sanctions Motion (the "RJN").

4) I included Lendify in my schedules as creditor 4.5 and 4.6 and included Lendify in my creditor matrix. *See*, (ECF. 1, pgs. 23, 55).

5) On July 3, 2019, Lendify filed a small claims case in the Superior Court of California, County of San Diego, Case. No. 37-2019-00034998-SC-SC-CTL. A true and correct copy of the Register of Actions for Case. No. 37-2019-00034998-SC-SC-CTL is attached hereto as **Exhibit B** and incorporated by this reference. Lendify claims to be owed $1,691.01 stating "Defendant is delinquent under Defendant's loan agreement with Lendify Financial LLC dated 3/2/2018 and has not shown willingness to pay the delinquent amount" And stating the date of delinquency as December 26, 2018. A true and correct copy of the Plaintiff's Claim and Order to Go to Small Claims Court, Case. No. 37-2019-00034998-SC-SC-CTL is attached hereto as **Exhibit C** and incorporated by this reference. Lendify is seeking "Principal owed + finance charges + late fees". (Exhibit C). The date for trial as October 7, 2019. (Exhibit C). The case has not been dismissed, went to trial on October 7, 2019, and resulted in an entry of judgment.

6) Lendify's actions, in filing the court case against me, and not dismissing it after being told of my discharge, has made me anxious beyond the stress of just filing

for my bankruptcy as my case has been discharged and closed.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief. Executed this __Third__ day of __February__, 2020 in __San Diego__, California.

Date: 2/3/20

By: _Bistermu Mora S_
Bistermu Mora Salgado

---

DECLARATION OF B. SALGADO          Case no. 19-02556-LT7