George Panagiotou (263172)
2404 Broadway
San Diego, CA 92102
Office: 858-300-0033
george@olympuslawcorp.com

Law Office of Stephan A. Hoover
Stephan A. Hoover, Esq. (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
Telephone: (619) 500-4525
Facsimile: (760) 687-0013

Attorney for Debtor,
Bistermu Mora Salgado

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Bistermu Mora Salgado,**<br><br>Debtor.<br>_____<br><br>**Bistermu Mora Salgado,**<br><br>Movant,<br>vs.<br><br>**Lendify Financial, LLC,**<br><br>Respondent. | Case No. 19-02556-LT7<br><br>Chapter: 7<br><br>**Declaration of Stephan A. Hoover in Support of Debtor's Motion for Sanctions for Violations of the Automatic Stay and Discharge Injunction Against Lendify Financial, LLC a/k/a Aura Financial, LLC**<br><br>Date: April 2, 2020<br>Time: 10:00 a.m.<br>Dept: 3, Room 129<br><br>Judge: Hon. Laura S. Taylor |

**DECLARATION OF S. HOOVER**                                       Case no. 19-02556-LT7

I, STEPHAN A. HOOVER, declare as follows:

1) I am an attorney and licensed to practice law in California and in this district court. I am an associate with the Law Office of Stephan A. Hoover ("SAH"), attorney for the debtor Bistermu Mora Salgado ("Debtor"). I am knowledgeable about the matters stated in this declaration and am competent to testify thereto. By making this declaration, I do not intend to waive attorney-client privilege.

2) To date, Debtor has incurred attorneys' fees and costs in pursuit of enforcement of the automatic stay and discharge in this case for the multiple hours spent by his attorneys working on this motion, order to show cause, and supporting pleadings. Debtor is represented by George Panagiotou and Stephan A. Hoover. Mr. Panagiotou's and Mr. Hoover's current billing rate is $315.00 per hour. Mr. Panagiotou is an attorney working in bankruptcy and admitted to practice in California since 2009. The billing rate for Mr. Panagiotou is $315.00 per hour and in this matter at the time this is drafted has spent multiple hours in consultation with the debtor and co-counsel in reasonable efforts to enforce the automatic stay and discharge injunction. Mr. Hoover is an attorney at Law Office of Stephan A. Hoover, working in consumer protection litigation and bankruptcy litigation and admitted to practice in California since 2014. Mr. Hoover is a member of the National Association of Consumer Bankruptcy Attorneys an organization of attorneys that advocates for consumers nationwide regarding bankruptcy matters and provides extensive training on consumer bankruptcy litigation. The current billing rate for Mr. Hoover is $315.00 per hour, and in this matter at the time this is drafted has spent multiple hours in consultation with co-counsel and drafting these pleadings in reasonable efforts to enforce the automatic stay and discharge injunction. With regard to costs, these costs include the postage, service fees, research fees, etc. required for the litigation.

3) The rates charged by Mr. Panagiotou and Mr. Hoover are the same they charge in non-contingent matters.

4) I have provided a U.S. Consumer Law Attorney Fee Survey Report for 2013-2014, indicating that a fee rate of $257-$306 is average for a consumer attorney with one to five years' experience in Southern California (Los Angeles Metro Area specified). A true and correct copy of excerpts from the 2013-2014 U.S. Consumer Law Attorney Fee Survey Report is attached hereto as **Exhibit D** and incorporated herein by this reference.

I declare under penalty of perjury, pursuant to the law of the State of California and the United States, that the foregoing statements are true and correct to the best of my knowledge, information and belief. Executed this 8th day of February, 2020 in Carlsbad, California.

**Law Office of Stephan A. Hoover**

Date: February 8, 2020        By:   /s/ *Stephan A. Hoover*
                                    Stephan A. Hoover
                                    Attorney for Debtor