George Panagiotou (263172)
2404 Broadway
San Diego, CA 92102
Office: 858-300-0033
george@olympuslawcorp.com

Law Office of Stephan A. Hoover
Stephan A. Hoover, Esq. (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
Telephone: (619) 500-4525
Facsimile: (760) 687-0013

Attorney for Debtor,
Bistermu Mora Salgado

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Bistermu Mora Salgado,**<br><br>Debtor.<br>_____<br><br>**Bistermu Mora Salgado,**<br><br>Movant,<br>vs.<br><br>**Lendify Financial, LLC,**<br><br>Respondent. | Case No. 19-02556-LT7<br><br>Chapter: 7<br><br>**Request for Judicial Notice in Support of Debtor's Motion for Sanctions for Violations of the Automatic Stay and Discharge Injunction Against Lendify Financial, LLC a/k/a Aura Financial, LLC**<br><br>Date: April 2, 2020<br>Time: 10:00 a.m.<br>Dept: 3, Room 129<br><br>Judge: Hon. Laura S. Taylor |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT**                    Case no. 19-02556-LT7

**TO THE UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Debtor Bistermu Mora Salgado ("Debtor"), the Chapter 7 debtor in the above-captioned bankruptcy case, hereby requests that the Court take judicial notice, pursuant to Federal Rule of Evidence 201 of the following documents tendered in support of the Debtor's Motion for Sanctions for Violations of the Automatic Stay and Discharge Injunction Against Lendify Financial, LLC.

| EXHIBIT | DESCRIPTION | PAGE NUMBER |
|---|---|---|
| A | Docket Report for Case Number 19-02556-LT7 | 2-5 |

**Law Office of Stephan A. Hoover**

Date: September 15, 2019       By: /s/ *Stephan A. Hoover*
　　　　　　　　　　　　　　　　　Stephan A. Hoover
　　　　　　　　　　　　　　　　　Attorney for Debtor

# Exhibit A

**Closed**

# U.S. Bankruptcy Court
## Southern District of California (San Diego)
### Bankruptcy Petition #: 19-02556-LT7

| | |
|---|---|
| *Assigned to:* Chief Judge Laura S. Taylor | *Date filed:* 04/30/2019 |
| Chapter 7 | *Date terminated:* 08/12/2019 |
| Voluntary | *Debtor discharged:* 08/06/2019 |
| No asset | *Joint debtor discharged:* 08/06/2019 |
| | *341 meeting:* 06/04/2019 |
| | *Deadline for objecting to discharge:* 08/05/2019 |
| | *Deadline for financial mgmt. course:* 08/05/2019 |

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

*Debtor*
**Bistermu Mora Salgado**
2408 Fairmount Ave.
Apt. G
San Diego, CA 92105
SAN DIEGO-CA
SSN / ITIN: xxx-xx-6963

represented by **George Panagiotou**
George Panagiotou
2404 Broadway
San Diego, CA 92102
858-300-0033
Email: gpanagio1@gmail.com

*Joint Debtor*
**Maria Lucila Rangel-Acosta**
2408 Fairmount Ave.
Apt. G
San Diego, CA 92105
SAN DIEGO-CA
SSN / ITIN: xxx-xx-6421
*aka* **Lucia Mora-Rangel**

represented by **George Panagiotou**
(See above for address)

*Trustee*
**James L. Kennedy**
James L. Kennedy, Trustee
P.O. Box 28459
San Diego, CA 92198-0459
858-243-8649

*United States Trustee*
**United States Trustee**
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101
619-557-5013

| **Filing Date** | **#** | **Docket Text** |
| --- | --- | --- |
| 04/30/2019 | 1<br>(56 pgs) | Chapter 7 Voluntary Petition for Individuals, Schedules A-J & Statement of Financial Affairs Fee Amount $ 335.00 filed by George Panagiotou of George Panagiotou on behalf of Bistermu Mora Salgado, Maria Lucila Rangel-Acosta. Declaration re: ECF due by 5/14/2019, (Panagiotou, George) (Entered: 04/30/2019) |
| 04/30/2019 | 2 | Receipt of Statement About Your Social Security Number COURT NOTE: The PDF document is a secured image. filed by George Panagiotou on behalf of Bistermu Mora Salgado, Maria Lucila Rangel-Acosta. (Panagiotou, George) (Entered: 04/30/2019) |
| 04/30/2019 | 3<br>(4 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Kennedy, James L. with **341(a) meeting to be held on 6/4/2019 at 10:00 AM at Edward J. Schwartz, Federal Office Bldg., Office of the U.S. Trustee, First Floor, Room 1234 (A), 880 Front Street, San Diego, CA 92101,**. Financial Management Course Due Date: 8/5/2019. Objections for Discharge due by 8/5/2019. (Panagiotou, George) (Entered: 04/30/2019) |
| 04/30/2019 | 4<br>(2 pgs) | Certificate of Credit Counseling for Debtor, Certificate of Credit Counseling for Joint Debtor filed by George Panagiotou on behalf of Maria Lucila Rangel-Acosta, Bistermu Mora Salgado. (Panagiotou, George) (Entered: 04/30/2019) |
| 04/30/2019 | 5<br>(1 pg) | Declaration Re: Electronic Filing filed by George Panagiotou on behalf of Maria Lucila Rangel-Acosta, Bistermu Mora Salgado. (related documents 1 Chapter 7 Voluntary Petition) (Panagiotou, George) (Entered: 04/30/2019) |
| 05/01/2019 | 7<br>(4 pgs) | BNC Court Certificate of Notice re Bankruptcy Case and Meeting of Creditors. (related documents 3 Notice of Chapter 7 Bankruptcy Case & Meeting of Creditors) Notice Date 05/03/2019. (Admin.) (Entered: 05/03/2019) |
| 05/03/2019 | 6 | Receipt of Chapter 7 Voluntary Petition( 19-02556-7) [misc,1027u] ( 335.00) Filing Fee. Fee Amount 335.00 Receipt number A14787638 (re: Doc# 1); (U.S. Treasury) (Entered: 05/03/2019) |
| 05/09/2019 | 8<br>(1 pg) | Request for Special Notice filed by Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP (Nalkara, Rejoy) (Entered: 05/09/2019) |
| 06/04/2019 | 9 | Chapter 7 Trustee's Report of No Distribution: I, James L. Kennedy, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be |

| | | |
|---|---|---|
| | | discharged from any further duties as trustee. *Debtor appeared. Joint debtor appeared.*. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 17360.00, Assets Exempt: $ 5569.45, Claims Scheduled: $ 44797.22, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 44797.22. (Kennedy, James) (Entered: 06/04/2019) |
| 06/15/2019 | 10<br>(2 pgs; 2 docs) | Notice of Requirement to file Financial Management Course Certificate. (Admin) (Entered: 06/15/2019) |
| 06/17/2019 | 11<br>(2 pgs) | BNC Court Certificate of Notice re Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management (related documents 10 Notice of Requirement to file Certification of Financial Management Course) Notice Date 06/19/2019. (Admin.) (Entered: 06/19/2019) |
| 06/24/2019 | 12<br>(1 pg) | Financial Management Certificate of Education **for Debtor** filed by provider. (related documents 3 Notice of Chapter 7 Bankruptcy Case & Meeting of Creditors) (Geving, Allison) (Entered: 06/24/2019) |
| 06/24/2019 | 13<br>(1 pg) | Financial Management Certificate of Education **for Joint Debtor** filed by provider. (Geving, Allison) (Entered: 06/24/2019) |
| 08/06/2019 | 14<br>(3 pgs; 2 docs) | Order Discharging Debtor(s) in a Chapter 7 case. (Admin.) (Entered: 08/06/2019) |
| 08/07/2019 | 15<br>(3 pgs) | BNC Court Certificate of Notice re Discharge of Debtor. Notice Date 08/09/2019. (Admin.) (Entered: 08/09/2019) |
| 08/12/2019 | 16 | Order Approving Trustee's Report of No Distribution and Closing Case. It appearing to the Court that the Trustee in the above-entitled case has filed a Report of No Distribution and that the said Trustee has performed all other duties required of the Trustee in the administration of said case; now, therefore, IT IS ORDERED that said report be and it hereby is approved and the case is closed; and the Trustee is discharged from and relieved of his trust. Barry K. Lander, Clerk (Admin.) (Entered: 08/12/2019) |