George Panagiotou (263172)
2404 Broadway
San Diego, CA 92102
Office: 858-300-0033
george@olympuslawcorp.com

Law Office of Stephan A. Hoover
Stephan A. Hoover, Esq. (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
Telephone: (619) 500-4525
Facsimile: (760) 687-0013

Attorney for Debtor,
Bistermu Mora Salgado

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | **Case No. 19-02556-LT7** |
| **Bistermu Mora Salgado,** | **Chapter: 7** |
| **Debtor.** | **Notice of Failure to Oppose** |
| _____ | |
| **Bistermu Mora Salgado,** | **Date: April 2, 2020** |
| | **Time: 10:00 a.m.** |
| **Movant,** | **Dept: 3, Room 129** |
| **vs.** | |
| | **Judge: Hon. Laura S. Taylor** |
| **Lendify Financial, LLC,** | |
| **Respondent.** | |

**TO THE UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Debtor Bistermu Mora Salgado ("Debtor"), the Chapter 7 debtor in the above-caploned bankruptcy case, hereby notices the Court that no opposition has been

1  served or filed in response to the Debtor's Motion for Sanctions for Violations of the

2  Automatic Stay and Discharge Injunction Against Lendify Financial, LLC a/k/a

3  Aura Financial, LLC.

4       Debtor filed and served this motion on February 14, 2020.  (ECF. 17 & 18).

5  The date set for any opposition to be filed was 14 days from the date of service, with

6  three additional days allowed pursuant to FRBP 9006 – which would require a

7  response by March 2, 2020.  No opposition was filed by that date.

8       Debtor's counsel received telephone message on March 25, 2020 from a

9  Kimberly Winick stating that she was representing Aura Financial in the matter and

10  addressing issues alleged by Aura Financial about the service of the bankruptcy

11  notice.  In the voice message she stated, "So you've now got the correct address

12  which is, which is where you sent the customer complaint to be served  or the motion

13  to be served …" which is an admission of a party opponent and not hearsay under

14  FRE 801.  (Dec. Hoover ¶2, Exhibit A).  No request for a continuance was made by

15  Aura Financial's counsel at that time or since. (Dec. Hoover ¶2).

16       Counsel for Aura Financial has stated clearly that they timely received the

17  motion for sanctions and has failed to oppose the motion.  L.B.R. 9013-7(b)(1)

18  requires all oppositions to be in writing and (b)(2) states a failure to object is consent

19  to the motion before the court.

20       No opposition has been filed with the Court, the first contact by Aura

21  Financial to Debtor's counsel was one week before the hearing date, no continuance

22  was requested, no oral opposition should be heard should Aura Financial decide to

23  appear at the hearing – the motion should be granted and proceed to prove up.

24

25                              **Law Office of Stephan A. Hoover**

26  Date:  March 30, 2020         By:  /s/ *Stephan A. Hoover*

27                            Stephan A. Hoover
                             Attorney for Debtor

28

## DECLARATION OF STEPHAN A. HOOVER

I, STEPHAN A. HOOVER, declare as follows:

1) I am an attorney and licensed to practice law in California and in this district court.  I am an associate with the Law Office of Stephan A. Hoover ("SAH"), attorney for the debtor Bistermu Mora Salgado ("Debtor").  I am knowledgeable about the matters stated in this declaration and am competent to testify thereto.  By making this declaration, I do not intend to waive attorney-client privilege.

2) I received a telephone message on March 25, 2020 from a Kimberly Winick stating that she was representing Aura Financial in the matter and addressing issues alleged by Aura Financial about the service of the bankruptcy notice.  In the voice message she stated, "So you've now got the correct address which is, which is where you sent the customer complaint to be served  or the motion to be served …".  A true and correct copy of screenshot of the voicemail transcript of Kimberly Winick, dated March 25, 2020, is attached hereto as **Exhibit A** and incorporated herein by this reference.  No request for a continuance was made by Aura Financial's counsel at that time or since.  I responded to her by email detailing the deficiencies of both her substantive and procedural points but got no response.


I declare under penalty of perjury, pursuant to the law of the State of California and the United States, that the foregoing statements are true and correct to the best of my knowledge, information and belief.  Executed this 30th day of March, 2020 in Carlsbad, California.


**Law Office of Stephan A. Hoover**

Date: __March 30, 2020__          By: __/s/ *Stephan A. Hoover*__
                                    Stephan A. Hoover
                                    Attorney for Debtor

Exhibit A



**(213) 309-5794**
Wed 1:47 PM
&#9899;

0:00                                    2:05

Stephen it's Kimberly. Winick and I am



**(213) 309-5794**
Wed 1:47 PM
&#9899;

0:00                                    2:05

again in June of 2019. So you've now got the correct address which is off which I'm actually have right in front of me, which is where you sent the customer complaint to be served or the motion to be served Monday. But the