# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | BISTERMU MORA SALGADO & MARIA LUCILA RANGEL-ACOSTA |
| **Case Number:** | 19-02556-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, APRIL 02, 2020 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matter:

DEBTOR'S MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION AGAINST LENDIFY FINANCIAL, LLC A/K/A AURA FINANCIAL, LLC FILED ON BEHALF OF BISTERMU MORA SALGADO

### Appearances:

STEPHAN HOOVER, ATTORNEY FOR BISTERMU MORA SALGADO (telephonically)
KIMBERLY S. WINICK, ATTORNEY FOR AURA FINANCIAL LLC FKA LENDIFY FINANCIAL LLC (telephonically)

### Disposition:

Continued to 7/14/20 at 10:00 a.m. as to status conference as set forth on the record. Ms. Winick can appear telephonically at the 7/14/20 hearing as stated on the record.

Motion to strike the opposition is denied as stated on the record.

Discovery cut-off set as 7/1/20.