George Panagiotou (263172)
2404 Broadway
San Diego, CA 92102
Office: 858-300-0033
george@olympuslawcorp.com

Law Office of Stephan A. Hoover
Stephan A. Hoover, Esq. (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
Telephone: (619) 500-4525
Facsimile: (760) 687-0013

Attorneys for Debtor,
Bistermu Mora Salgado

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Bistermu Mora Salgado,**<br><br>Debtor.<br>—————————————<br>**Bistermu Mora Salgado,**<br><br>Movant,<br>vs.<br><br>**Lendify Financial, LLC,**<br><br>Respondent. | Case No. 19-02556-LT7<br><br>Chapter: 7<br><br>**Joint Stipulation to Extend Discovery and Continue Status Conference**<br><br>Previous Date & Time:<br>Date: July 14, 2020<br>Time: 10:00 a.m.<br><br>Continued Date & Time:<br>Date: August 27, 2020<br>Time: 10:00 a.m.<br><br>Dept: 3, Room 129<br><br>Judge: Hon. Laura S. Taylor |

1. WHEREAS, on April 2, 2020, Debtor and Creditor Aura Financial LLC FKA Lendify Financial LLC appeared at the hearing re: Debtor's Motion for Sanctions in case no. 19-0556-LT7 (ECF. 23).

WHEREAS, Debtor and Creditor have discussed the need for an additional 6 weeks for the parties to continue settlement discussions and investigations into this matter before the commencement of discovery to lessen expenses in the hopes of settlement, Debtor and Creditor have agreed to extend the time for discovery by an additional 6 weeks.

The parties hereby stipulate, by and through their attorneys of record herein, the following:

1. The time for discovery to be commenced will be delayed until May 25, 2020.
2. The discover cut-off date is August 14, 2020.
3. The status conference, calendared for July 14, 2020, 10:00 a.m. in Department 3, be continued until August 27, 2020 at 10:00 a.m..

Law Office of Stephan A. Hoover

Date: 4/30/2020

By: _____
Stephan A. Hoover
Attorney for Debtor

Clark & Trevithick

Date: April 30, 2020

By: _____
Kimberly Winick
Attorney for Creditor Aura Financial
LLC FKA Lendify Financial LLC

JOINT STIPULATION — 2 — Case no. 19-02556-LT7