**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Stephan A. Hoover (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
T: (619) 500-4525  F: (760) 687-0013

Order Entered on
May 4, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Bistermu Mora Salgado

                                                          Debtor.

BANKRUPTCY NO. 19-02556-LT7

Date of Hearing: August 27, 2020
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. Laura S. Taylor

## ORDER ON

**Joint Stipulation to Extend Discovery and Continue Status Conference**

The court orders as set forth on the continuation pages attached and numbered ___1___ through ___2___ with

exhibits, if any, for a total of ___2___ pages.  Motion/Application Docket Entry No. ___24___.

//

//

//

//

//

//

//

DATED:   May 4, 2020

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18] **(Page 2)**
ORDER ON  Joint Stipulation to Extend Discovery and Continue Status Conference
DEBTOR: Bistermu Mora Salgado

CASE NO: 19-02556-LT7

The court considered the Joint Stipulation to Extend Discovery and Continue Status Conference, between Debtor Bistermu Mora Salgado and Creditor Aura Financial, LLC, and good cause appearing, makes the following order:

1. The time for discovery to be commenced will be delayed until May 25, 2020.
2. The discover cut-off date is August 14, 2020.
3. The status conference, calendared for July 14, 2020, 10:00 a.m. in Department 3, be continued until August 27, 2020 at 10:00 a.m..

CSD 1001A

Signed by Judge Laura Stuart Taylor May 4, 2020

United States Bankruptcy Court
Southern District of California

In re:                                                                Case No. 19-02556-LT
Bistermu Mora Salgado                                                 Chapter 7
Maria Lucila Rangel-Acosta
        Debtors

### CERTIFICATE OF NOTICE

District/off: 0974-3          User: Admin.          Page 1 of 1          Date Rcvd: May 04, 2020
                             Form ID: pdfO10        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
db/jdb          +Bistermu Mora Salgado,    Maria Lucila Rangel-Acosta,    2408 Fairmount Ave.,    Apt. G,
                 San Diego, CA 92105-6314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2020                          Signature:   /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2020 at the address(es) listed below:
              George   Panagiotou    on behalf of Joint Debtor Maria Lucila Rangel-Acosta gpanagio1@gmail.com,
               mercedes@olympuslawcorp.com
              George   Panagiotou    on behalf of Debtor Bistermu Mora Salgado gpanagio1@gmail.com,
               mercedes@olympuslawcorp.com
              James L. Kennedy    jim@jlkennedy.com,   jlk@trustesolutions.net
              Kimberly Sabrina Winick    on behalf of Creditor  Aura Financial LLC kwinick@clarktrev.com
              Stephan  Hoover    on behalf of Debtor Bistermu Mora Salgado stephan@hooverlawsd.com,
               hooverlawsd@ecf.courtdrive.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                            TOTAL: 6