George Panagiotou (263172)
2404 Broadway
San Diego, CA 92102
Office: 858-300-0033
george@olympuslawcorp.com

Law Office of Stephan A. Hoover
Stephan A. Hoover, Esq. (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
Telephone: (619) 500-4525
Facsimile: (760) 687-0013

Attorneys for Debtor,
Bistermu Mora Salgado

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br><br>    **Bistermu Mora Salgado,**<br><br>         **Debtor.**<br>_____<br>**Bistermu Mora Salgado,**<br><br>    **Movant,**<br>vs.<br><br>**Aura Financial LLC f/k/a Lendify Financial, LLC,**<br><br>    **Respondent.** | **Case No. 19-02556-LT7**<br><br>**Chapter: 7**<br><br>**Joint Stipulation to Extend Discovery and Continue Status Conference**<br><br>Previous Date & Time:<br>**Date: August 27, 2020**<br>**Time: 10:00 a.m.**<br><br>Continued Date & Time:<br>**Date: October 1, 2020**<br>**Time: 10:00 a.m.**<br><br>**Dept: 3, Room 129**<br><br>**Judge: Hon. Laura S. Taylor** |

**JOINT STIPULATION**    - 1 -    **Case no. 19-02556-LT7**

WHEREAS, on April 2, 2020, Debtor and Creditor Aura Financial LLC FKA Lendify Financial LLC appeared at the hearing re: Debtor's Motion for Sanctions in case no. 19-0556-LT7 (ECF. 23).

WHEREAS, Debtor and Creditor have been in settlement discussions, Debtor and Creditor have agreed to extend the time for discovery.

The parties hereby stipulate, by and through their attorneys of record herein, the following:

1. The discovery cut-off date is September 18, 2020.
2. The status conference, calendared for August 27, 2020, 10:00 a.m. in Department 3, be continued until October 1, 2020 at 10:00 a.m..

Date: 6/26/2020

Law Office of Stephan A. Hoover

By: _____
Stephan A. Hoover
Attorney for Debtor

Date: 25 June 2020

Clark & Trevithick

By: _____
Kimberly S. Winick
Attorney for Creditor Aura Financial
LLC FKA Lendify Financial LLC

2567135.1 (19112.001) JOINT STIPULATION       Case no. 19-02556-LT7