CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Stephan A. Hoover (299790)

stephan@hooverlawsd.com

P.O. Box 723

Carlsbad, CA 92018

T: (619) 500-4525  F: (760) 687-0013

Order Entered on
June 29, 2020
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Bistermu Mora Salgado

Debtor.

BANKRUPTCY NO. 19-02556-LT7

Date of Hearing: October 1, 2020
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. Laura S. Taylor

# ORDER ON

**Joint Stipulation to Extend Discovery and Continue Status Conference**

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __17__.

//

//

//

//

//

//

//

DATED: June 26, 2020

Judge, United States Bankruptcy Court

CSD 1001A

ORDER ON Joint Stipulation to Extend Discovery and Continue Status Conference
DEBTOR: Bistermu Mora Salgado                                    CASE NO: 19-02556-LT7

The court considered the Joint Stipulation to Extend Discovery and Continue Status Conference, between Debtor Bistermu Mora Salgado and Creditor Aura Financial, LLC, and good cause appearing, makes the following order:

1. The discover cut-off date is September 18, 2020.
2. The status conference, calendared for August 27, 2020, 10:00 a.m. in Department 3, be continued until October 1, 2020 at 10:00 a.m..

CSD 1001A

Signed by Judge Laura Stuart Taylor June 26, 2020

```
                           United States Bankruptcy Court
                           Southern District of California
In re:                                                          Case No. 19-02556-LT
Bistermu Mora Salgado                                           Chapter 7
Maria Lucila Rangel-Acosta
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0974-3       User: Admin.          Page 1 of 1       Date Rcvd: Jun 29, 2020
                           Form ID: pdfO1        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.
db/jdb         +Bistermu Mora Salgado,   Maria Lucila Rangel-Acosta,   2408 Fairmount Ave.,   Apt. G,
                San Diego, CA 92105-6314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:
              George Panagiotou    on behalf of Joint Debtor Maria Lucila Rangel-Acosta gpanagio1@gmail.com,
               mercedes@olympuslawcorp.com
              George Panagiotou    on behalf of Debtor Bistermu Mora Salgado gpanagio1@gmail.com,
               mercedes@olympuslawcorp.com
              James L. Kennedy    jim@jlkennedy.com, jlk@trustesolutions.net
              Kimberly Sabrina Winick    on behalf of Creditor    Aura Financial LLC kwinick@clarktrev.com
              Stephan Hoover    on behalf of Debtor Bistermu Mora Salgado stephan@hooverlawsd.com,
               hooverlawsd@ecf.courtdrive.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 6