George Panagiotou (263172)
2404 Broadway
San Diego, CA 92102
Office: 858-300-0033
george@olympuslawcorp.com

Law Office of Stephan A. Hoover
Stephan A. Hoover, Esq. (299790)
stephan@hooverlawsd.com
P.O. Box 723
Carlsbad, CA 92018
Telephone: (619) 500-4525
Facsimile: (760) 687-0013

Attorney for Debtor,
Bistermu Mora Salgado

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    **Bistermu Mora Salgado,**<br><br>        **Debtor.**<br>_____<br>**Bistermu Mora Salgado,**<br><br>    **Movant,**<br>vs.<br><br>**Lendify Financial, LLC,**<br><br>    **Respondent.** | Case No. 19-02556-LT7<br><br>Chapter: 7<br><br>**Debtor's Withdrawal and Dismissal of Pending Motion for Sanctions, with Prejudice**<br><br>**Date: October 1, 2020**<br>**Time: 10:00 a.m.**<br>**Dept: 3, Room 129**<br><br>**Judge: Hon. Laura S. Taylor** |

**TO THE HONORABLE LAURA S. TAYLOR, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Debtor Bistermu Mora Salgado ("Debtor") Motion for Sanctions for Violations of the Automatic Stay and Discharge Injunction Against Lendify Financial, LLC a/k/a Aura Financial, LLC, bankruptcy case [Docket No. 17] (the "Contested Matter"), is hereby <u>withdrawn and dismissed with prejudice</u>. The parties have reached settlement of the matter outside of court.

Accordingly, Debtor respectfully requests that the Court enter an order vacating the October 1, 2020 hearing on the Contested Matter.

**Law Office of Stephan A. Hoover**

Date: July 25, 2020

By: /s/ *Stephan A. Hoover*
Stephan A. Hoover
Attorney for Debtor